UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ERIC MEH NDONGONG,

              Petitioner,

v.                                   No. 6:26-CV-00205-H

WARDEN, EDEN DETENTION
CENTER,

              Respondent.

### ORDER

Petitioner Eric Meh Ndongong, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal proceedings. He seeks release from confinement.

Now, Respondent has notified the Court that Petitioner applied for, and received, a pre-conclusion order of voluntary departure under 8 U.S.C. § 1229c(a). Dkt. No. 7. Ndongong did not file a response.

Because the Court "[can]not effect [a] bond hearing," the Court concludes that Ndongong's petition is moot. *Nieto-Ramirez v. Holder*, 583 F. App'x 330, 311–32 (5th Cir. 2014). Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

So ordered.

The Court will enter judgment accordingly.

Dated July 8, 2026.

James Wesley Hendrix
United States District Judge